# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DANIEL A. HAUPT,**<br><br>Defendant. | 24-po-5110-JTJ<br>24-po-5176-JTJ<br>**VIOLATIONS:**<br>E2029843<br>E2029087<br><br>Location Code: M13<br><br>**ORDER** |

Upon motion of the United States and for good cause shown,

**IT IS ORDERED** that the payment plan submitted by the parties is **ACCEPTED**.

**IT IS FURTHER ORDERED** that the bench trial set for March 6, 2025, on violation E2029843 is **VACATED**.

**IT IS FURTHER ORDERED** that the initial appearance set for March 6, 2025, on violation E2029087 is **VACATED**.

DATED this 4th day of March, 2025.

_[signature]_
John Johnston
United States Magistrate Judge